UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MUFTI ABDUL EL-MALIK BEY ALI a/k/a FRANCIS LEE SMITH-BEY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:17-cv-01571-JPH-MJD ) |
| MATT PETERSON, *et al.* | ) ) ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On July 26, 2019, the Magistrate Judge submitted a Report and Recommendation, dkt. 103, recommending that the Court deny Plaintiff's motion for an order to compel, dkt. 71. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. None were filed.

The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Accordingly, Plaintiff's motion for an order to compel, [dkt. 71], is hereby **DENIED**.

**SO ORDERED.**

Date: 9/26/2019

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

MUFTI ABDUL EL-MALIK BEY ALI
955755
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

1

David A. Arthur
INDIANA ATTORNEY GENERAL
David.Arthur@atg.in.gov

Jonathan Paul Nagy
INDIANA ATTORNEY GENERAL
jonathan.nagy@atg.in.gov